**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | : | |
| v. | : | Mag. No. 18-7018 |
| | : | |
| RONALD SMITH | : | **CRIMINAL COMPLAINT** |

I, Christopher Martinelli, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

Special Agent Christopher Martinelli
United States Department of Justice
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

January 31, 2018 at Essex County, New Jersey
Date County and State

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**ATTACHMENT A**

**COUNT ONE**

(Possession of a Firearm by a Convicted Felon)

On or about November 11, 2017, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**RONALD SMITH,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of New Jersey, Essex County, did knowingly possess in and affecting commerce a firearm, namely a loaded Jennings Bryco 58 semi-automatic handgun, bearing serial number 992710.

In violation of Title 18, United States Code, Section 922(g)(1).

**ATTACHMENT B**

I, Christopher Martinelli, am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about November 11, 2017, at approximately 9:37 a.m., the Orange Police Department received information that an individual in a certain area in Orange, New Jersey was in possession of a handgun.

2. Shortly thereafter, while driving in a marked police vehicle, a police officer ("Police Officer-1") observed an individual in the same area, later identified as Ronald Smith ("SMITH"), who matched the description provided to the Orange Police Department. Police Officer-1 began pursuing SMITH in a marked police vehicle. Police Officer-1 subsequently pursued SMITH by foot, instructed SMITH to stop, and SMITH ran.

3. After other police officers arrived at the scene, a second officer ("Police Officer-2") observed SMITH discard an object into a garbage can (the "Garbage Can") as SMITH ran past it. Police Officer-2 continued the foot pursuit of SMITH while Police Officer-1 remained by the Garbage Can.

4. The officers caught up with SMITH and placed him under arrest. The officers then recovered a loaded Jennings Bryco 58 semi-automatic handgun, bearing serial number 992710 (the "Firearm") from inside the Garbage Can.

5. Before being recovered in New Jersey on or about November 11, 2017, the Firearm moved in interstate commerce. The Firearm was tested and found to be operable and is designed to expel a projectile by the action of an explosive.

6. On or about September 17, 2010, SMITH was convicted in the Superior Court of New Jersey, Essex County, of aggravated assault, in violation of N.J.S.A. 2C:12-1B(5)(A), a crime punishable by imprisonment for a term exceeding one year.